| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lynnderrick Livingston** | Social Security number or ITIN xxx–xx–1862 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Alabama** | | |
| Case number: **11–31531** | | |

# Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

        Lynnderrick Livingston

Dated December 30, 2016

*Dwight A. Williams, Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                      **Chapter 13 Discharge**                                      page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Middle District of Alabama

In re:                                                            Case No. 11-31531-DHW
Lynnderrick Livingston                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2         User: csanders        Page 1 of 1         Date Rcvd: Dec 30, 2016
                             Form ID: 3180W        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2017.
```
db         +Lynnderrick Livingston,    3337 Horseshoe Circle,    Montgomery, AL 36116-1968
aty        +Richard D. Shinbaum,    Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101-0201
2367667    +A&P AUTO SALES,    420 TWAIN CURVE,    Montgomery, AL 36117-2210
2369570    +CREDIT ACCEPTANCE,    25505 W 12 MILE RD #3000,    SOUTHFIELD, MICH 48034-8331
2367669    +CREDIT ACCEPTANCE,    P.O. BOX 513,    SOUTHFIELD, MI 48037-0513
2367664     EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2367666     EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2367673    +FRANK FISCHER,    10148 LAKE FOREST DRIVE,    Vancleave, MS 39565-2006
2367674    +LAKEWOOD TRAILOR PARK,    3945 BIRMINGHAM HWY,    Montgomery, AL 36108-1422
2378498     Peavy's Finance Company,    420 Twain Curve,    Montgomery, AL 36117-2210
2367665     TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
2367676    +WAM TEX,    1000 F NO TRAVIS STREET,    Sherman, TX 75090-5054
2367677    +WASHINGTON CREDIT,    15230 NE 24th Street Ste. S,    Redmond, WA 98052-5540
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +E-mail/Text: trustees_office@ch13mdal.com Dec 30 2016 21:13:09    Sabrina L. McKinney [Acting],
             P.O. Box 173,    Montgomery, AL 36101-0173
2367668    +E-mail/Text: G2APCBANK@southernco.com Dec 30 2016 21:12:39    ALABAMA POWER,    P.O. BOX 160,
             MONTGOMERY, AL 36101-0160
2388597     E-mail/Text: G2APCBANK@southernco.com Dec 30 2016 21:12:39    ALABAMA POWER COMPANY,
             P.O. BOX 12465,    BIRMINGHAM, AL 35202-2465
2367670    +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Dec 30 2016 21:13:03    CREDIT SYSTEMS INTERNATIONAL,
             PO BOX 1088,    Arlington, TX 76004-1088
2367671    +E-mail/Text: bknotice@erccollections.com Dec 30 2016 21:12:48    ENHANCED RECOVERY CORP,
             8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
2367672     EDI: AMINFOFP.COM Dec 30 2016 21:08:00    First Premier Bank,    P.O. Box 5529,
             Sioux Falls, SD 57117-5529
2367675     EDI: WFNNB.COM Dec 30 2016 21:08:00    SPRINT,    4400 Ashford Dunwood Road,
             Atlanta, GA 30346-1518
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2372118      ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2016 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Lynnderrick  Livingston rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 3
```